BLACKWELL *et al.* v. MILAM *et al.*

No. 5311.    Opinion Filed December 14, 1915.

(153 Pac. 817.)

*Error from District Court, Rogers County;*
*T. L. Brown, Judge.*

Action by King D. Blackwell and others against J. Bartley Milam and another. Judgment for defendants, and plaintiffs bring error.

*A. B. Campbell*, for plaintiffs in error.

*W. H. Kornegay, C. B. Holtzendorff*, and *P. W. Holtzendorff*, for defendants in error.

Opinion by BLEAKMORE, C. This case is based upon the same facts involved and considered in *Black-*

*well et al. v. McCall et al., ante,* p. 96, 153 Pac. 815, and the law of that case controls this.

The judgment of the trial court herein should be affirmed.

By the Court: It is so ordered.